ACCEPTED
12-15-00068-CR
TWELFTH COURT OF APPEALS
TYLER, TEXAS
7/20/2015 12:00:00 AM
CATHY LUSK
CLERK

## CAUSE NO. 12-15-00068-CR & 12-15-00069-CR

| | | |
|---|---|---|
| **ANDREW PJ WHITAKER** | § | **IN THE TWELFTH COURT** |
| | § | |
| **vs.** | § | **OF APPEALS DISTRICT** |
| | § | |
| **THE STATE OF TEXAS** | § | **TYLER, TEXAS** |

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
7/19/2015 8:46:48 PM
CATHY S. LUSK
Clerk

## MOTION FOR PERMISSION TO FILE LATE BRIEF

**TO THE HONORABLE JUDGES OF THE COURT OF APPEALS:**

COMES NOW, Andrew PJ Whitaker, the Appellant, in the above–styled and numbered cause, and pursuant to Rule 10 of the Rules of Appellate Procedure, files this motion requesting that the Court extend the time for filing the Appellant's brief in this cause, and in support shows as follows:

A.

1. The case is on appeal from the 420th Judicial District Court, Nacogdoches County, Texas.

2. The style and number of the case in the trial court is Cause Number: F1421007 & F1521497; State of Texas vs. Andrew Whitaker; Andrew PJ Whitaker vs. The State of Texas; Cause Numbers: 12–15–00068–CR & 12–15–00069–CR.

3. The Appellant was charged with one count of Unauthorized Use of a Motor Vehicle and one count of Evading Arrest.

4. Punishment was assessed at confinement in the State Jail Division of the Texas Department of Criminal Justice, Institutional Division for a period of two (2) years confinement and thirteen (13) years confinement in the Institutional division of the Texas Department of Criminal Justice.

5. The deadline for filing the Appellant's brief is due July 8, 2015.

6. The Appellant seeks an extension of time of 12 days until July 20, 2015, in order that Appellant's brief be considered timely filed.

7. This is the Appellant's second motion for extension of time to file the Appellant's brief.

B.

This extension is not sought for the purpose of delaying this appeal, but for the following reasons:

1. That Appellant's continues to desires to prosecute Appellant's appeal;

2. That Appellant is incarcerated and remains indigent;

3. That through no fault of Appellant, Appellant brief was not filing timely;

4. That Appellant's counsel was previously hospitalized however, Appellant's counsel has prepared Appellant's brief and request extension to file Appellant's brief so that the brief maybe timely and considered by this Court.

C.

On July 19, 2015, by copy of this motion, Appellant's counsel has advised the Nacogodoches County District Attorney's Office of this motion who have not objected.

WHEREFORE, PREMISES CONSIDERED, Counsel for the Appellant prays that the Court grant leave for Appellant to file Late Brief until July 20, 2015, for filing of Appellant's brief.

Respectfully submitted,

_____
WINFRED A. SIMMONS, II
115 West Shepherd Avenue
Lufkin, Texas 75904
(936) 632-3242 (phone)
(936) 632-4325 (fax)
SBN 00794636
lawyersimmons@consolidated.net

Attorney for Appellant

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this Motion for Extension of Time the file Appellant's Brief was delivered via facsimile transfer/ hand delivery/ certified mail, to the Nacogdoches County District Attorneys's Office.

_____
Winfred A. Simmons, II